NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION | |
| BERNADETTE GLYNN and RICHARD GLYNN, | Civil Action No. 11-5304, 08-08 |
| Plaintiffs, | ORDER |
| v. | |
| MERCK SHARP & DOHME CORP, | |
| Defendant. | |

Presently before the Court is Defendant Merck Sharp & Dohme Corp. ("Defendant")'s Motion for Summary Judgment [docket # 24]. For the reasons in the accompanying Opinion,

**IT IS** on this 11th day of April, 2013,

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** as to failure to warn, implied warranty of fitness for a particular purpose, and punitive damages; and it is further

**ORDERED** that the Motion is **GRANTED** as to New York General Business Law §§ 349 and 350.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge