**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

DATE OF PROCEEDINGS: 04/15/2013
CIVIL DOCKET NO.: 11-5304(JAP)

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso

TITLE OF CASE:
In re: Fosomax (Alendronate Sodium)
Products Liability Litigation (No. II)
Bernadette Glynn, et al.,
VS.
Merck Sharp & Dohme Corporation,

APPEARANCES:
Paul Pennock, Edward Braniff, Jonathan Sedgh & Donald Ecklund, Esquires for plaintiffs
Bernadette & Richard Glynn, clients present.
Corey Smith, IT Technician
Chilton Warner, Andrew Bayman, Stephen Marshall & Karen Confoy, Esquires for defendants
Danny Negrete, IT Technician

NATURE OF PROCEEDINGS:
Trial with jury continued before the Honorable Joel A. Pisano.
All jurors (8) present.
Hearing on defendants objections to plaintiffs revised deposition designations of Dr. Busch.
Ordered decision reserved.
Dr. David Madigan - Sworn for plaintiffs
Ordered lunch provided to jury (8) at the expense of the Court (Sianna Food Service).
Court recess: 12:15 p.m. to 1:10 p.m.
Video deposition testimony of Dr. Laura A. Costello, viewed by jury, for plaintiffs.
Ordered jury excused.
Case management conference held.
Various exhibits admitted into evidence.
Ordered trial with jury adjourned until Tuesday, April 16, 2013 at 9:15 a.m.
Time commenced: 9:15 a.m.
Time adjourned: 3:30 p.m.
Total hours: 6 hours & 15 minutes

S/Dana Sledge, Courtroom Deputy