NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION | |
| BERNADETTE GLYNN and RICHARD GLYNN, | Civil Action No. 11-5304, 08-08 |
| Plaintiffs, | ORDER |
| v. | |
| MERCK SHARP & DOHME CORP, | |
| Defendant. | |

An Opinion having been filed on April 11, 2013 [docket # 183],

**IT IS** on this 16th day of April, 2013,

**ORDERED** that lines 7 through 9 on page 2 of that Opinion [docket # 183] are changed to: "In September 1995, the FDA approved Fosamax for the treatment of osteoporosis in postmenopausal women, and in April 1997, the FDA approved Fosamax for the prevention of osteoporosis in postmenopausal women."

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge